ORIGINAL

**FILED**

JUN - 4 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA  95150-0013
3
   Telephone: (408) 354-4413
4  Facsimile:  (408) 354-5513

5  Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| LAWRENCE NORRINGTON | ) | Case No. 03-56380 CN |
| ALISHA NORRINGTON | ) | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtors | ) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2469557 for an unclaimed dividend in the amount of $4.93. The name and address of the claimant entitled to the unclaimed dividend is as follows;

LAWRENCE NORRINGTON
ALISHA NORRINGTON
523 CHIECHI AVE #1
SAN JOSE, CA  95126

Dated: June 03, 2010

_____
DEVIN DERHAM-BURK, TRUSTEE